# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 15, 2013

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

```
UNITED STATES OF AMERICA and      ] Appeals from the United
STATE OF ILLINOIS,                ] States District Court for
     Plaintiffs-Appellants,       ] the Northern District of
                                  ] Illinois, Eastern Division.
Nos. 12-1026 and 12-1051    v.    ]
                                  ] No. 1:09-cv-05277
MIDWEST GENERATION, LLC, et al.,  ]
     Defendants-Appellees.        ] John W. Darrah, Judge.
                                  ]
```

Upon consideration of the **UNOPPOSED MOTION FOR 29-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING,** filed on August 14, 2013, by counsel for the appellant in appeal no. 12-1026,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that any petition for rehearing is due by September 3, 2013. No further extensions of time will be allowed.

form name: **c7_Order_3J**(form ID: **177**)